JS-6

FILED
CLERK, U.S. DISTRICT COURT

3/14/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROLINA PINES, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CONSUELO CAMPOS, et al.,<br><br>　　　　Defendants. | Case No. CV 16-1616 MWF (SSx)<br><br>**ORDER SUMMARILY REMANDING**<br><br>**IMPROPERLY-REMOVED ACTION** |

　　The Court will remand this unlawful detainer action to state court summarily because Defendant removed it improperly.

　　On March 9, 2016, Defendant Consuelo Campos, having been sued in what appears to be a routine unlawful detainer action in California state court, lodged a Notice Of Removal of that action to this Court and also presented an application to proceed in forma pauperis. The Court has denied the latter application under separate cover because the action was not properly removed. To prevent the action from remaining in jurisdictional limbo, the Court issues this Order to remand the action to state court.

1  Simply stated, this action could not have been originally
2  filed in federal court because the complaint does not competently
3  allege facts supporting either diversity or federal-question
4  jurisdiction, and therefore removal is improper. 28 U.S.C.
5  § 1441(a), see Exxon Mobil Corp. v. Allapattah Svcs., Inc., 545
6  U.S. 546, 563 (2005). Defendant's notice of removal asserts that
7  "[f]ederal question [jurisdiction] exists because Defendant's
8  Answer . . . depend[s] on the determination of Defendant's rights
9  and Plaintiff's duties under federal law." (Notice at 2). These
10 allegations are inadequate to confer federal question
11 jurisdiction. See Merrell Dow Pharmaceuticals, Inc. v. Thompson,
12 478 U.S. 804, 808 (1986) ("A defense that raises a federal
13 question is inadequate to confer federal jurisdiction.").

15  Accordingly, IT IS ORDERED that (1) this matter be REMANDED
16 to the Superior Court of California, County of Los Angeles, 111
17 N. Hill Street, Los Angeles, California, 90012, for lack of
18 subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c);
19 (2) the Clerk send a certified copy of this Order to the state
20 court; and (3) the Clerk serve copies of this Order on the
21 parties.

23  IT IS SO ORDERED.

25 DATED: March 14, 2016

                              _____
                              MICHAEL W. FITZGERALD
                              UNITED STATES DISTRICT JUDGE